December 11, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

STEPHEN D. FOX, Appellant

NO. 14-13-00007-CV                      V.

MIRNA A. ALBERTO, Appellee

_____

     This cause, an appeal from the judgment signed, September 28, 2012, was heard on the transcript of the record. To the extent appellant STEPHEN D. FOX complains on appeal about the trial court's failure to hold appellee MIRNA A. ALBERTO in contempt, we lack jurisdiction to consider this complaint. Otherwise we have jurisdiction over this appeal. To the extent appellant STEPHEN D. FOX complains on appeal about the trial court's failure to hold appellee MIRNA A. ALBERTO in contempt, we dismiss this part of the appeal. Except to this extent, we order the judgment of the court below **AFFIRMED**. We order appellant STEPHEN D. FOX to pay all costs incurred in this appeal. We further order this decision certified below for observance.